United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | CIVIL ACTION NO. H-25-4054 |
| v. | § | (CRIMINAL NUMBER H-20-239-01) |
| | § | |
| JOSEPH RAYMOND WEEKS, | § | |
| | § | |
| Defendant/Petitioner. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-25-4054 is **DISMISSED WITH PREJUDICE.**

This is a **FINAL JUDGMENT.**

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 14th day of May, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE